# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALVIN WASHINGTON, | : | No. 61 MAP 2025 |
| | : | |
| Appellant | : | Appeal from the Order of the Commonwealth Court at 33 MD 2025 dated September 22, 2025. |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION & PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                                          **DECIDED:  July 21, 2026**

   **AND NOW,** this 21st day of July, 2026, the Order of the Commonwealth Court is hereby **AFFIRMED.**